UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida not for profit )
corporation, and FELIX ESPOSITO, Individually, )
)
Plaintiffs, )
)
v. )  Case No. 04CV 12230 PBS
)
)
BOSTON HSR LIMITED PARTNERSHIP, a )
Massachusetts Limited Partnership, )
)
Defendant. )

## ANSWER OF BOSTON HSR LIMITED PARTNERSHIP

Defendant Boston HSR Limited Partnership ("Boston HSR") hereby answers the Complaint of plaintiffs Access 4 All, Inc. and Felix Esposito as follows:

No response is required to the unnumbered introductory paragraph of the Complaint, which merely purports to describe and characterize the action. To the extent that a response is required, Boston HSR denies the allegations contained in the introductory paragraph.

1. No response is required to paragraph 1 of the Complaint, which merely purports to assert legal conclusions. To the extent that a response is required, Boston HSR denies the allegations in paragraph 1 of the Complaint.

2. Boston HSR admits that it owns property and does business within this judicial district. No response is required to the balance of paragraph 2 of the Complaint, which merely purports to assert legal conclusions.

3. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 3 of the Complaint.

4. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 4 of the Complaint.

5. Boston HSR admits the allegations in paragraph 5 of the Complaint.

6. No response is required to paragraph 6 of the Complaint, which merely purports to assert legal conclusions.

7. No response is required to paragraph 7 of the Complaint, which merely purports to assert legal conclusions.

8. No response is required to paragraph 8 of the Complaint, which merely purports to assert legal conclusions.

9. No response is required to paragraph 9 of the Complaint, which merely purports to assert legal conclusions.

10. No response is required to paragraph 10 of the Complaint, which merely purports to assert legal conclusions.

11. Boston HSR denies the allegations in the third and fourth sentences of paragraph 11 of the Complaint. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the balance of the allegations contained in paragraph 11 of the Complaint.

12. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 12 of the Complaint.

13. Boston HSR denies the allegations in paragraph 13 of the Complaint.

14. Boston HSR denies the allegations in paragraph 14 of the Complaint.

GSDOCS-1426188-1

15. Boston HSR admits that it owns a place of public accommodation as defined by the ADA, namely its property located at 400 Soldiers Field Road, Boston, MA 02134. Boston HSR denies the balance of the allegations contained in paragraph 15 of the Complaint.

16. Boston HSR denies the allegations in paragraph 16 of the Complaint.

17. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 17 of the Complaint.

18. No response is required to paragraph 18 of the Complaint, which merely purports to assert legal conclusions. To the extent that a response is required, Boston HSR denies the allegations in paragraph 18 of the Complaint.

19. Boston HSR denies the allegations in paragraph 19 of the Complaint.

20. Boston HSR denies the allegations in paragraph 20 of the Complaint.

21. No response is required to the allegations in paragraph 21 of the Complaint to the extent that they merely purport to assert legal conclusions. Boston HSR denies the balance of the allegations contained in paragraph 21 of the Complaint.

22. No response is required to the allegations in paragraph 22 of the Complaint, which merely purport to assert legal conclusions.

23. Boston HSR denies the allegations in paragraph 23 of the Complaint.

24. Boston HSR denies the allegations in paragraph 24 of the Complaint.

25. Boston HSR lacks knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 25 of the Complaint.

26. Boston HSR denies the allegations in paragraph 26 of the Complaint.

27. Boston HSR denies the allegations in paragraph 27 of the Complaint.

GSDOCS-1426188-1

28. Boston HSR denies the allegations in paragraph 28 of the Complaint.

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs lack standing to maintain the claims alleged in the Complaint.

### SECOND AFFIRMATIVE DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### THIRD AFFIRMATIVE DEFENSE

The Complaint should be dismissed for insufficient service of process.

### FOURTH AFFIRMATIVE DEFENSE

The Complaint seeks relief that is not readily achievable.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to exhaust their administrative remedies pursuant to 42 U.S.C. § 2000a-3(c).

WHEREFORE, Boston HSR respectfully requests that the Court dismiss the Complaint with prejudice, and that the Court grant Boston HSR such other and further relief as it deems just and proper.

BOSTON HSR LIMITED PARTNERSHIP,

By its attorneys,

Martin M. Fantozzi (BBO #554651)
GOULSTON & STORRS, PC
400 Atlantic Avenue
Boston, MA 02110
(617) 482-1776

Dated: November 15, 2004

-4-

GSDOCS-1426188-1

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 11/15/04