IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and FELIX ESPOSITO, individually,

    Plaintiff,

CIVIL ACTION NO.: 1:04cv12230-PBS-JGD

v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

    Defendant.
_____/

## PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a)    With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)    To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
Felix Esposito

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

OOW:jl (jyl@fullerfuller.com)
3633-MA SR (jl 11-22-04).wpd

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this _DECEMBER 20, 2004_, to:

Martin Fantozzi, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110-3333
Tel.: (617)574-3510; Fax: (617)574-7578

                        The Plaintiff by his Attorney:
                        **FULLER, FULLER & ASSOCIATES, P.A.**
                        12000 Biscayne Blvd., Suite 609
                        North Miami FL 33181
                        Tel.: (305)891-5199; Fax: (305)893-9505
                        FFA@fullerfuller.com

                        By: _____
                            Oliver Wragg, Esq. (BBO #643152)
                            Of Counsel
OOW:jl (jyl@fullerfuller.com)            Counsel for Plaintiff
3633-MA SR (jl 11-22-04).wpd