IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC.,
a Florida not-for-profit corporation,
and FELIX ESPOSITO, individually,

                                            CIVIL ACTION NO.:
                                            1:04cv12230-PBS-JGD

       Plaintiff,
v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

       Defendant.
_____/

## MOTION TO CONTINUE INITIAL SCHEDULING CONFERENCE

COME NOW the Plaintiffs, by and through their undersigned attorneys, and move this Court pursuant to Local Rule 40.3(a) for good cause to continue the Scheduling Conference set by the Court on January 11, 2005 to either January 26, 2005 or January 28, 2005 and as ground therefor state the following:

1.    Lead counsel for the Plaintiffs, from the law firm of Fuller, Fuller & Associates, P.A., is John P. Fuller, who practices out of the firm's Miami office, has definitive plans to be in Boston, Massachusetts, the week of January 24 through 28, 2005.

2.    The undersigned has conferred with opposing counsel who has no

objection to resetting the Initial Scheduling Conference to either January 26, 2005 or January 28, 2005, provided that this time is available on the Court docket.

WHEREFORE, it is respectfully requested that this Court continue the Initial Scheduling Conference from January 11, 2005 to either some time during January 26, 2005 or January 28, 2005.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this December 15, 2004 to:

Martin Fantozzi, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110-3333
Tel.: (617)574-3510; Fax: (617)574-7578

FULLER, FULLER & ASSOCIATES, P.A.
*Attorneys for Plaintiffs*
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel.: (305)891-5199; Fax: (305)893-9505
FFA@fullerfuller.com

By: *O. Oliver Wragg* with express permiss-
Oliver Wragg, Esq. (BBO #643152)
Of Counsel

JPF/mm

3633-MA Motion to Continue Scheduling Confce (mm 12-15-04).wpd