IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-for-Profit Corporation, and FELIX ESPOSITO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON HSR LIMITED PARNTERSHIP, a Massachusetts limited partnership, <br><br> Defendant. | CIVIL ACTION NO. <br> 1:04CV12230-PBS-JGD |

**MOTION OF THE PLAINTIFF TO PERMIT COUNSEL
TO APPEAR PRO HAC VICE**

In accordance with 83.5.3(b) of the Local Rules of the United States District Court District of Massachusetts that governs the admission and practice of attorneys in said District Court, the undersigned respectfully moves for the admission of **John P. Fuller, Esquire**, 12000 Biscayne Boulevard, Suite 609, North Miami, Florida 33181, (305) 891-5199, for purposes of appearing as counsel on behalf of Plaintiffs, ACCESS 4 ALL, INC., a Florida Not-for-Profit Corporation, and FELIX ESPOSITO, Individually, in the above-styled case.

John P. Fuller certified herewith that he has studied the Local Rules of this Court and is a member in good standing of the Florida Bar; and is admitted to the United States District Court for the Southern, Middle and Northern Districts of Florida, as well as the United States Court of Appeals for the Fifth and Eleventh Circuits. Mr. Fuller's

*Pro Hac Vice Motion*             CIVIL ACTION NO.
                                                                                     1:04CV12230-PBS-JGD

Florida Bar Number is 0276847. There are no disciplinary proceedings against Mr. Fuller in any jurisdiction. A certificate of good standing from the Supervisor, Membership Records of the Florida Bar is attached hereto as <u>Exhibit A</u>. Mr. Fuller is a partner with the law firm of Fuller, Fuller & Associates, P.A. and has been a member of the Florida Bar for over twenty (20) years. An Affidavit of John P. Fuller in Support of this Motion to Admit Counsel Pro Hac Vice is attached hereto as <u>Exhibit B</u>.

    In further support of this motion, it is hereby designated that O. Oliver Wragg is a member of the Bar of this Court. He is also a person to whom the Court and Counsel may readily communicate and upon whom papers may be served.

    Mr. Fuller is familiar with the Local Rules of the United States District Court for the District of Massachusetts and his application for leave to practice in this court is on motion of a member of the bar of this court, who has already appeared as counsel for the Plaintiffs, ACCESS 4 ALL, INC., a Florida Not-for-Profit Corporation, and FELIX ESPOSITO, Individually. Additionally, Mr. Fuller has also submitted the required $50.00 filing fee to the Clerk of the U.S. District Court.

    WHEREFORE, the plaintiffs request that this Court grant John P. Fuller permission to appear before this Court pro hac vice.

<u>CERTIFICATE OF CONFERENCE</u>

    The undersigned hereby certifies that counsel for the Plaintiffs made a good faith attempt to obtain concurrence to the relief sought in this motion and counsel for

defendant have conferred with opposing counsel and opposing counsel have assented to the foregoing motion.

Respectfully submitted,

*O. Oliver Wragg with express permission*
O. Oliver Wragg, Esquire, (BBO#: 643152)
*Of Counsel*
FULLER, FULLER AND ASSOCIATES, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, Florida 33181
Tel: (305) 891-5199
Fax: (305) 893-9505

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been furnished via e-mail on this ___16___ day of December, 2004 to:

Martin Fantozzi, Esq.
Goulston & Storrs
400 Atlantic Avenue
Boston, MA 02110-3333
*E-mail: mfantozzi@goulstonstorrs.com*
Tel.: (617)574-3510; Fax: (617)574-7578

*O. Oliver Wragg with express permission*
O. Oliver Wragg, Esq.

3616/Motion to Appear Pro Hac Vice JPF (mm 12-15-04).wpd



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLABAR.ORG

State of Florida   )

County of Leon    )

                   In Re:   276847
                               John Paul Fuller
                               Fuller Fuller & Associates, PA
                               12000 Biscayne Blvd., Ste. 609
                               North Miami, FL

**COPY**

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on July 3, 1979.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this 9th day of December, 2004.

*Willie Mae Shepherd*
Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/lpth7:R10

EXHIBIT A