IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BOSTON HSR LIMITED PARNTERSHIP, a Massachusetts limited partnership,<br><br>Defendant. | CIVIL ACTION NO.<br>1:04CV12230-PBS-JGD |

## AFFIDAVIT OF JOHN P. FULLER

COMES NOW John P. Fuller and under oath does depose and say as follows:

1. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

4. I am currently actively associated with O. Oliver Wragg, Esq. who is a member of the bar of this Court.

I hereby swear upon penalty of perjury that the foregoing Declaration is true to the best of my knowledge.

Date:_____            _____
                                          John P. Fuller, Esquire

STATE OF FLORIDA
COUNTY OF MIAMI-DADE


EXHIBIT B

Sworn to (or affirmed) and subscribed before me this 15 day of Dec., 2004, by John P. Fuller.

_Rebecca M Lichtenberger_
NOTARY PUBLIC, State of Florida at Large

My Commission Expires:

Rebecca M Lichtenberger
My Commission DD138410
Expires August 01, 2006

Personally Known ✓ OR Produced Identification _____
Type of Identification Produced _____