IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Florida Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>               Plaintiffs,<br><br>v.<br><br>BOSTON HSR LIMITED PARNTERSHIP, a Massachusetts limited partnership,<br><br>               Defendant. | CIVIL ACTION NO.<br>1:04CV12230-PBS-JGD<br><br>**ORDER GRANTING MOTION TO APPEAR PRO HAC VICE TO JOHN P. FULLER** |

      The motion for admission to practice pro hac vice in the above captioned matter is granted. The admitted attorney JOHN P. FULLER is permitted to argue or try this particular case in whole or in part as counsel or advocate.

      This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission pro hac vice for the above listed case will be made on the roll of attorneys.

      The attorney admitted pro hac vice must serve a copy of this Order on all other counsel in this case.

      Dated: _____

 

_____
UNITED STATES DISTRICT JUDGE

cc:    John P. Fuller, Esq.
         Martin Fantozzi, Esq.
         Court File