IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida
not-for-profit corporation,
and FELIX ESPOSITO, Individually,

      CIVIL ACTION NO.:
   Plaintiff,      1:04cv12230-PBS-JGD

v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

   Defendant.
_____/

## MOTION TO CONDUCT INITIAL SCHEDULING CONFERENCE BY TELEPHONE OR ALTERNATIVELY TO CHANGE SCHEDULING CONFERENCE DATE

COMES NOW Plaintiffs, ACCESS 4 ALL, INC. a Florida not-for-profit corporation, and Felix Esposito, Individually, by and through their undersigned attorneys and respectfully request that the Court conduct the Scheduled Scheduling Conference telephonically, or in the alternative to change the date of same from January 11, 2005 to January 26 or January 28, 2005 and on grounds thereof states:

1. The Initial Scheduling Conference has as one of its requirements that the parties first meet to discuss settlement. In that this is an ADA case, and a comprehensive inspection of the Defendant's property must be completed before settlement can be reached, any talks concerning settlement are premature at this time.

2. As for an establishing a schedule for the conduct of the litigation the parties are jointly working on same and will have a proposed schedule for the court before the

hearing date.

3. Counsel for the Plaintiff's are located in Florida and it would be an expense to travel to Boston solely for this hearing.

4. Counsel for the Plaintiffs will be in Boston during the week of January 24, 2005 and should the court deny Plaintiff's request for a telephonic hearing, the plaintiffs request the hearing occur on January 26 or January 28, 2005.

5. The undersigned attorneys have conferred with the attorney for the Defendant, who has no objection to the Plaintiff's Request to Appear Telephonically for the Scheduling Conference, or to reset the hearing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this December 29, 2004 to: Martin Fantozzi, Esq., Goulston & Storrs, 400 Atlantic Avenue, Boston, MA 02110-3333

**FULLER, FULLER & ASSOCIATES, P.A.**
*Attorneys for Plaintiffs*
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel.: (305)891-5199; Fax: (305)893-9505
FFA@fullerfuller.com

By: O. Oliver Wragg  *with express permission*
O. Oliver Wragg, Esq. (BBO #643152)
Of Counsel

LAF:bl
3633-MA Motion to appear by phone.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida
not-for-profit corporation, and
FELIX ESPOSITO, Individually,

CIVIL ACTION NO.:
1:04cv12230-PBS-JGD

Plaintiff,
v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

Defendant.
_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO CONDUCT INITIAL SCHEDULING CONFERENCE BY TELEPHONE OR ALTERNATIVELY TO CHANGE SCHEDULING CONFERENCE DATE

The Court having considered the Plaintiffs' Motion to Conduct Initial Scheduling Conference by Telephone finds that the Motion is well-taken and should be GRANTED.

It is therefore ORDERED that the parties and their attorneys are excused from personally appearing for the Initial Scheduling Conference and may participate in the Initial Scheduling Conference by telephone.

SO ORDERED this the ___ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE