IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Not-for-Profit
Corporation, and FELIX ESPOSITO,
Individually,

         Plaintiffs,

v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

         Defendant.

Case Number: 1:04-CV-12230-PBS-JGD

## PLAINTIFF'S INITIAL RULE 26 DISCLOSURE

Plaintiffs, Felix Esposito and Access 4 All, Inc., by and through undersigned counsel, file their Initial Disclosures pursuant to Rule 26 (a) (1) of the Federal Rules of Civil Procedure.

A.    The following individuals are known to Plaintiffs to be likely to have discoverable information relevant to disputed facts.

    Access 4 All, Inc.
    c/o Fuller, Fuller & Associates, P.A.
    12000 Biscayne Blvd., #609
    North Miami, FL 33141
    Subject: Barriers to access existing at the subject property.

    Felix Esposito
    5571 Lakeside Drive #102
    Margate, Florida 33063
    Subject: Barriers to access existing at the subject property.

    Access-Ability, Inc.
    610 E. Sample Road
    Pompano Beach, Florida 33064
    Subject: Barriers to access existing at the subject property.

B.    Plaintiffs have made no claim for damages in this action.

C.    There are no insurance agreements relevant to this action.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this December 27, 2004 to: Martin Fantozzi, Esquire; Goulston & Storrs; 400 Atlantic Avenue; Boston, MA 02110-3333; Tel.: (617) 574-3510; Fax: (617) 574- 7578.

                The Plaintiffs by their Attorney:

                **FULLER, FULLER & ASSOCIATES, P.A.**
                12000 Biscayne Blvd., Suite 609
                North Miami FL 33181
                Tel.: (305)891-5199; Fax: (305)893-9505
                FFA@fullerfuller.com

                By: _____
                    O. Oliver Wragg, Esq. (BBO #643152)
                    Of Counsel

OOW :tld]
SR NEW 12.23.04.wpd

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually,<br><br>    Plaintiffs,<br><br>v.<br><br>BOSTON HSR LIMITED PARTNERSHIP, a Massachusetts limited partnership,<br><br>    Defendant. | Case Number:1:04-CV-12230-PBS-JGD |

## PLAINTIFF'S RULE 26 (a)(2) EXPERT WITNESS DISCLOSURE

Plaintiffs, Felix Esposito and Access 4 All, Inc., by and through undersigned counsel, file their Expert Witness Disclosures pursuant to Rule 26 (a)(2) of the Federal Rules of Civil Procedure.

The following individuals have been retained by the Plaintiffs to provide expert testimony in the above matter. Their resumes are attached hereto. The Plaintiffs reserve the right to supplement the initial expert report attached hereto, pursuant to Fed.R.Civ.P. 26 (a)(2)(B), with a final report after a formal inspection of the property is completed.

1. Access-Ability, Inc.
   Herbert Neff, Expert
   610 E. Sample Road
   Pompano Beach, Florida 33064

Herbert Neff is a licensed contractor and is expected to testify as to opinions and methods that are available for modifications and/or removal of barriers at the facility for the Defendant to bring the property into ADA compliance, and the costs to remedy the ADA violations. Access-Ability, Inc. may also provide rebuttal testimony to that provided by Defendant's experts. It is not possible to disclose the substance of this testimony at this time as Defendant has not yet disclosed in detail the nature of its experts' testimony, and it has not provided Plaintiffs with a completed detailed report from said experts. Expert, Herbert Neff is compensated at the rate of $175 per

hour.

2.   Gary W. Dix, C.P.A., C.V.A
     Mallah, Furman & Company, P.A.
     1001 South Bayshore Drive, Suite 1400
     Miami, Florida 33131

Gary Dix is a licensed, certified public accountant and is expected to testify as to the financial ability of the Defendant to bring the property into ADA compliance. Mr. Dix may also provide rebuttal testimony to that provided by Defendant's experts. It is not possible to disclose the substance of this testimony at this time as Defendant has not yet disclosed in detail the nature of its experts' testimony, and it has not provided Plaintiffs with a completed detailed report from said experts  Expert, Gary W. Dix of Mallah, Furman & `Company, P.A. is compensated at the rate of $300 per hour.

Qualifications of said experts are attached hereto, pursuant to Fed.R.Civ.P. 26 (a)(2)(B).

Plaintiffs reserve their right to supplement and modify these witness disclosures to the extent allowed by the Court and the applicable rules.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this December 27, 2004 to: Martin Fantozzi, Esquire; Goulston & Storrs; 400 Atlantic Avenue; Boston, MA 02110-3333; Tel.: (617) 574-3510; Fax: (617) 574- 7578.

The Plaintiffs by their Attorney:

**FULLER, FULLER & ASSOCIATES, P.A.**
12000 Biscayne Blvd., Suite 609
North Miami FL 33181
Tel.: (305)891-5199; Fax: (305)893-9505
FFA@fullerfuller.com

By: _____
O. Oliver Wragg, Esq. (BBO #643152)
Of Counsel

OOW:tld

SR NEW 12.23.04.wpd

**HERBERT J. NEFF**
2500 N. Federal Hwy. #223
Boca Raton, Florida 33431
Voice: (561)338-7594  Fax: (561)338-2903

**SUMMARY:**   Diverse line and staff responsibility in financial, distribution, high-tech, real estate, and construction business operations provides broad perspective for business planning and development. Selected areas of performance include:

- Financial Planning
- Market Research and Analysis
- Sales/Customer Relations
- Presentations
- Construction Management

- Property Management
- Distribution Systems
- Inventory Control Systems
- Personnel Evaluation
- ADA Expert

**RECENT EXPERIENCE**

General Contractor Qualifier for Access-Ability, Inc.
Pompano Beach, Florida (1998 - Present)
Construction supervision, building permits, construction design, and ADA evaluations

Independent Consultant as Americans with Disabilities Act (ADA) Expert
Boca Raton, Florida (1998 - Present)
Representing plaintiffs and defendants re ADA violations

Marketing Consultant, Advanced Aquatronics International, Inc.
Lighthouse Point, Florida (1991 - Present)
Provide missionary service for new market areas and client types for high-tech water conditioning systems

Executive Assistant to Director of Operations, Turnberry Associates
Aventura, Florida (1985 - 1991) & (1980 - 1983)
Responsibilities included property development project administration, accounting/controlling, business planning, financial analysis, preparation of special reports.

Independent Consultant (1983 - 1985)
Provided management and financial counseling. Clients included Florida Business Centers, Peninsular General Builders, and executive search assignments to firms in Broward and Dade Counties, Florida.

Vice President, Barco Finance Corporation
Miami, Florida (1979 - 1980)
Responsibilities included appraisal and evaluation of financing prospects in industrial, commercial, and real estate industries. Monitored borrowers' financial and operational conditions.

Owner, H.J. Neff & Associates,
Miami, Florida (1971 - 1978)
Consultant in business planning and executive search to real estate, commercial, and industrial firms.

Manager, Corporate Planning, E-Systems, Inc.
Dallas, Texas (1966 - 1970)
Coordinated five year plan for five operating divisions with 10,000 employees and total business of over $200 million. Monitored R&E budgets of $14 million. Reviewed merger and acquisition prospects.

**EDUCATION:**   A.B. cum laude in Economics, Harvard University
Armed Forces Institute, Business Seminars
Licensed Florida Real Estate Broker; Florida General Contractor



# GARY W. DIX, C.P.A, C.V.A
# PROFILE

**Personal and Education:**

Bachelor of Business Administration
Bernard Baruch College of the City University of New York - 1969

**Professional Background:**

Mallah, Furman and Company, P.A. - 1994

- Merged and named a Director in 1994

Silver, Dix and Hammer, C.P.A. - 1979 to 1993

- Founding partner of a local C.P.A. firm

Harris, Kerr, Forster & Company - 1975 to 1978

- Manager, Tax Department
- Responsible for tax planning and compliance

Deloitte, Haskins & Sells - 1970 to 1974

- Staff Accountant
- Two years on Audit Staff
- Two years on Tax Staff
- Promoted to Senior Accountant
- 

**Professional Experience:**

A member of the Tax Department of Deloitte, Haskins & Sells and Harris, Kerr, Forster & Company.

As a Director at Mallah, Furman and Company, Mr. Dix has specialized in business consulting, valuations, financing arrangements and tax planning. Since 1997, Mr. Dix has been the Director in Charge of The Business Valuation Division of Mallah, Furman and Company, P.A.



# GARY W. DIX, C.P.A, C.V.A
# PROFILE

The Firm's valuation engagements encompass family limited partnerships, real estate ventures, wholesale distributors, medical practices, other professional practices, restaurants and retail establishments.

## Professional Licenses:

- Certified Public Accountant
- Certified Valuation Analyst

## Outside Professional Activities:

Outside professional activities have included various seats on Board of Directors relating to the following:

- Member of the Board of Directors: Perry Ellis International, Inc., A NASD listed company; Chairman, Internal Audit Committee
- Member of the Board of Directors of the Dr. John T. Macdonald Foundation, Inc.
- Member of the Board of Directors of Westview Country Club
- Founding Shareholder and Director of the Universal National Bank, a Dade County Community Bank (sold in 1997)