UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., and FELIX ESPOSITO, )
)
Plaintiffs, )
)
v. ) Case No. 04CV 12230 PBS
)
BOSTON HSR LIMITED PARTNERSHIP, )
)
Defendant. )

**LOCAL RULE 16.1(D)(3) CERTIFICATION OF**
**DEFENDANT BOSTON HSR LIMITED PARTNERSHIP**

In accordance with Rule 16.1(D)(3) of the Local Rules of the United States District Court for the District of Massachusetts, defendant Boston HSR Limited Partnership hereby certifies that it has conferred with counsel (a) with a view toward establishing a budget for the full course and various alternative courses of this litigation and (b) to consider the resolution of this litigation through alternative dispute resolution programs such as those outlined in Local Rule 16.4.

**BOSTON HSR LIMITED PARTNERSHIP**

By: _____
    Alan M. Leventhal
    Its: General Partner

_____
Martin M. Fantozzi (BBO# 554651)
GOULSTON & STORRS, P. C.
400 Atlantic Avenue
Boston, MA 02110-3333
(617) 482-1776
Counsel for Boston HSR
Limited Partnership

Dated: January 5, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by hand/first-class mail on 1/5/05.