IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ACCESS 4 ALL, INC., a Not-for-Profit Corporation, and FELIX ESPOSITO, Individually, <br><br> Plaintiffs, <br><br> v. <br><br> BOSTON HSR LIMITED PARTNERSHIP, a Massachusetts limited partnership, <br><br> Defendant. | Case Number: 1:04-CV-12230-PBS-JGD |

### PLAINTIFF'S LOCAL RULE 16.1 (d) CERTIFICATE

Pursuant to Local Rule 16.1(d)(3), the undersigned counsel and parties hereby certify that they have conferred:

(a) With a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b) To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

Respectfully submitted,

_____
Peter DiPalma as President of
Access 4 All, Inc.

_____
Oliver Wragg, Esq. (BBO #643152)
Of Counsel
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 609
North Miami, FL 33181
(305) 689-0800

oow: dd
3633

