UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ACCESS 4 ALL, INC., ET AL.,<br>            Plaintiffs,<br><br>    v.<br><br>BOSTON HRS LIMITED PARTNERSHIP,<br>            Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION NO. 04-12230-PBS<br>)<br>)<br>)<br>) |

**ORDER OF RECUSAL**

January 12, 2005

Saris, U.S.D.J.

    I recuse myself from this matter on the ground that the property is now owned by Harvard University where I serve on the Board of Overseers.

                                       **S/PATTI B. SARIS**
                                     United States District Judge