# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

Access 4 All, Inc.
Plaintiff,

V.                                             Civil Action Number
                                               04-12230-PBS

Boston HRS Limited Partnership
Defendant.                                     January 11, 2005


## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 7/29/05

Summary Judgment Motion filing deadline: 9/1/05

Opposition to Summary Judgment Motions: 9/16/05

Case to be reassigned due to conflict.

                                               By the Court,

                                                /s/ Robert C. Alba
                                               Deputy Clerk