**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

RE:   Civil  No.   04-12230

Title:   Access 4 All, Inc., et al v. Boston HRS Limited Partnership

**N O T I C E**

Pursuant to Local Rule 40.1(E) (4), the above-entitled case has been returned to the Clerk for reassignment.  Please take notice that this case previously assigned to Judge   Saris   has been reassigned to Judge   Lindsay   for all further proceedings.  From this date forward the case number on all pleadings should be followed by the initials RCL   .

Thank you for your cooperation in this matter.

TONY ANASTAS
CLERK OF COURT

By:   /s/ Christine Patch
Deputy Clerk

Date:   1/25/05

(Notice of LR40.1 Reassign.wpd - 3/15/02)                                                                  [ntccsasgn.]