<u>**EXHIBIT A**</u>



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

ACCESS 4 ALL, INC., a Florida
not-for-profit corporation, and
FELIX ESPOSITO, individually,

    Plaintiff,

                  v.

BOSTON HSR LIMITED PARTNERSHIP,
a Massachusetts limited partnership,

    Defendant.
_____/

CIVIL ACTION NO.:
1:04-cv-12230-RCL

<u>**STIPULATION FOR DISMISSAL WITH PREJUDICE**</u>

    In accordance with Fed.R.Civ.P. 41(a)(1), Plaintiffs Access 4 All, Inc. and Felix Esposito and Defendant Boston HSR Limited Partnership hereby stipulate and agree to dismiss this action with prejudice, without costs or attorneys fees, all rights of appeal therefrom being waived.

| | |
|---|---|
| ACCESS 4 ALL, INC. and<br>FELIX ESPOSITO, | BOSTON HSR<br>LIMITED PARTNERSHIP, |
| By their attorney, | By its attorney, |
| _____<br>O. Oliver Wragg, Esq.<br>(BBO #643152)<br>FULLER, FULLER & ASSOCIATES, P.A.<br>12000 Biscayne Blvd., Suite 609<br>North Miami, FL 33181<br>(305) 891-5199 | _____<br>Martin Fantozzi, Esq.<br>(BBO #651456)<br>GOULSTON & STORRS, P. C.<br>400 Atlantic Avenue<br>Boston, MA 02110-3333<br>(617) 482-1776 |

Dated: May 19, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 6/17/05.

_____